## 13216.. WISE *v.* RAY.

This case is controlled by the decision in the companion case of *Wise* v. *Ray*, ante, 659.

DECIDED JUNE 14, 1922.

Description and names of counsel as in case next before.

BLOODWORTH, J. This is a companion case to that of *Wise* v. *Ray*, ante. ·The two cases were tried together; the evidence in this case is the same as in the other case; the motion for a new trial in this one contains no special grounds; and the ruling in that case is controlling in this.

*Judgment affirmed. Luke, J., concurs. Broyles, C. J., dissents.*

BROYLES, C. J., dissenting. My reasons for dissenting from the judgment of my colleagues in this case are the same as stated in my dissenting opinion in *Wise* v. *Ray*, ante.